**LEVIN-EPSTEIN & ASSOCIATES, P.C.**

420 Lexington Avenue • Suite 2458 • New York, New York 10170
T: 212.792-0048 • E: Jason@levinepstein.com

October 8, 2026

***Via Electronic Filing***
The Hon. Ona T. Wang, U.S.M.J.
U.S. District Court, Southern District of New York
500 Pearl St.
New York, NY 10007-1312

Re: *Cooper v. Bravo Media Productions, Inc. et al*
Case No.: 1:25-cv-04485-GHW

Dear Honorable Magistrate Judge Wang,

This law firm is counsel to Defendants Bravo Media Productions, Inc. (collectively, the "Corporate Defendant"), and Ryan Kelley (the "Individual Defendant," and together with the Corporate Defendant, the "Defendants") in the above-referenced matter.

Pursuant to Your Honor's Individual Motion Practice Rules, this letter respectfully serves to request an extension of time for the parties to file the joint motion described in the Court's July 31, 2026 Order [Dckt. No. 29], from October 9, 2026 to, through and including, November 22, 2026.

This is the fourth request for an extension of this deadline. If granted, the request would not affect any other court-ordered deadlines. The parties have spent the past several weeks negotiating the written settlement agreement. Specifically:

- On September 28, 2026, Defendants circulated proposed revisions. Plaintiff's counsel responded that same day with further edits on the installment breakdown and the tax allocation of the settlement payments.

- On September 29, 2026, Defendants circulated a revised settlement agreement;

- On October 5, 2026, Plaintiff's counsel circulated a revised settlement agreement, which departed materially from the September 28, 2026 redline.

- On October 6, 2026, Defendants circulated a further redline. It leaves the settlement amount unchanged and keeps every default and cure protection in the current draft. It proposes a modified installment schedule that Defendants can reliably meet.

Plaintiff's counsel has advised that Plaintiff objects to the proposed payment schedule. The undersigned has requested Plaintiff's counsel availability for a phone call to address Plaintiff's concerns. As of the date of this filing, Plaintiff's counsel has not provided her availability for a phone call to meet-and-confer.

In light of the foregoing, it is respectfully requested that the Court grant an extension of time for the parties to file the joint motion from October 9, 2026 to, through and including, November 22, 2026.

Thank you, in advance, for your time and attention to this matter.

Respectfully submitted,

LEVIN-EPSTEIN & ASSOCIATES, P.C.

By: *_/s/ Jason Mizrahi_*
Jason Mizrahi
420 Lexington Avenue, Suite 2458
New York, NY 10170
Tel. No.: (212) 792-0048
Email: Jason@levinepstein.com
*Attorneys for Defendants*

VIA ECF: All Counsel